**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ARTHANIEL ALSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U-HAUL INC. a/k/a U-HAUL | )   Case No.: 06-2403-CM |
| MARKETING COMPANY a/k/a | ) |
| U-HAUL COMPANY OF KANSAS | ) |
| CITY, INC. a/k/a U-HAUL | ) |
| COMPANY OF KANSAS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the court on the parties' Joint Motion for Order to Release KHRC Documents with Suggestion in Support (Doc. 8). The present motion asks the court to order the Kansas Human Rights Commission ("KHRC") to make available for inspection and copying "all records in its possession concerning Arthanial Alston, including fur not limited to , correspondence, notes, tape recordings, reports, investigative materials, and any and all other documents relating to Mr. Alton's charge referenced as KCHR No. 30281-07 (EEOC No. 563-2006-01277)."[1] Because each party has requested the court to order production of these records, the court can see no dispute as whether the motion should be granted. Therefore, the court finds that the documents that the parties seek appear to be relevant and discoverable and will grant the parties' respective motions requesting production, with minor modifications to conform to the court's standard procedure.

IT IS HEREBY ORDERED that the parties joint motion (Doc. 8) is  hereby

---

[1] *See* Joint Motion (Doc. 8).

granted, with modifications as set forth hereinafter.

IT IS FURTHER ORDERED that to any party to this action, or any attorney representing such a party the KHRC shall make available for inspection and copying its investigative file(s) pertaining to charges filed by plaintiff Mr. Alton's charge referenced as KCHR No. 30281-07 (EEOC No. 563-2006-01277).  The KHRC is not required to produce for inspection or copying any such portions of its investigative file which may be of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff.  The KHRC is ordered to allow copies of the same to be made at the expense of the party receiving such production.  Should the KHRC consider that any items are of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff, copies of such items shall be forwarded to the undersigned judge for in camera inspection within 15 days of the date of this order.  A brief summary of the documents submitted to the court shall be served on all parties in this case.

IT IS SO ORDERED.

Dated this 7th day of March, 2007, at Topeka, Kansas.

   s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge