## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **ARTHANIEL ALSTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 06-2403-CM |
| | ) | |
| **U-HAUL CO. OF KANSAS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

This matter comes before the court upon defendant's Unopposed Motion to Correct Party Name (Doc. 21). In plaintiff's response to defendant's Partial Motion to Dismiss (Doc. 15), plaintiff stipulates that U-Haul Co. Of Kansas, Inc. is the sole party defendant. Moreover, the present motion indicates that plaintiff does not object to this motion. According, and for good cause shown,

IT IS THEREFORE ORDERED that defendant's Unopposed Motion to Correct Party Name (Doc. 21) is granted. The Clerk of the court is direct to make any and all necessary changes to reflect that, for purposes of the above-captioned matter, the correct name for defendant is U-Haul Co. of Kansas, Inc.

IT IS SO ORDERED.

Dated this 17th day of April, 2007.

s/ K. Gary Sebelius
K. Gary Sebelius
United States Magistrate Judge

1